STATE, RESPONDENT, *v.* SPERRY-HUTCHINSON CO., APPELLANT.

(No. 4,332.)

(Submitted January 8, 1919.` Decided March 8, 1919.)

[179 Pac. 460.]

(For syllabus, see *State* v. *Lutey Bros., ante*, p. 545.)

*Appeal from District Court, Silver Bow County;*

PROSECUTION by the State against the Sperry & Hutchinson Company, a corporation, for a violation of the Trading Stamp Act. From a judgment of conviction, defendant appeals. Reversed.

Cause submitted on briefs filed and oral argument made by Counsel in *State* v. *Lutey Bros., ante*, p. 545.

MR. JUSTICE COOPER delivered the opinion of the court.

Defendant corporation was found guilty of a misdemeanor by the district court of Silver Bow county for the violation of the provisions of the so-called Trading Stamp Law (Chap. 17, Laws of 1917) and sentenced to pay a fine of $25. It appealed from the judgment.

The cause was tried on an agreed statement of facts substantially the same as that found in the opinion in the case of *State* v. *Lutey Bros., ante*, p. 545, 179 Pac. 457. Upon the authority of that case, the judgment herein is reversed and the cause remanded, with directions to the district court to dismiss the complaint.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY concur.